Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Burpee Del Simone LLC, Robert Burpee, Derek Del Simone | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| **-v-** | ) | |
| Jessica Rose Greenwood | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.**     **The Parties to This Complaint**

      **A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Burpee Del Simone LLC, Robert Burpee, Derek Del Simone |
| Street Address | 75 Arlington Street, 5th Floor |
| City and County | Boston, Suffolk County |
| State and Zip Code | Massachusetts, 02116 |
| Telephone Number | 617-848-4502 |
| E-mail Address | burpee@bdscapitalmarkets.com |

      **B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                          Jessica Rose Greenwood

    Job or Title *(if known)*    Social Media Consultant

    Street Address         612 Wells Ct. 502

    City and County       Clearwater, Pinellas County

    State and Zip Code    Florida, 33756

    Telephone Number    727-441-6816

    E-mail Address *(if known)*  jessicarosegreenwood@gmail.com

Defendant No. 2

Defendant No. 3

Defendant No. 4

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Burpee Del Simone LLC , is incorporated under the laws of the State of *(name)* Massachusetts ,

and has its principal place of business in the State of *(name)*

Massachusetts .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Jessica Rose Greenwood , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$$6,000,000.00 claim for damages based on business expectancy, damage to future business valuation and reputation damage.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See attached.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$6,000,000.00 claim for damages based on business expectancy, damage to future business valuation, reputation damage and punitive damages due to the malicious communications. Immediate injunction that the defendant stop communicating inflammatory and or any communications in regards to the firm Burpee Del Simone LLC or Mr. Burpee within her social networking activities.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/26/2020

Signature of Plaintiff

Printed Name of Plaintiff          Burpee Del Simone LLC: Robert Burpee, Derek Del Simone

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Statement of Claim**

**Tortious Interference with business Relations:**

Ms. Greenwood has communicated to clients, colleagues, business networks, friends and family via her social networking platform that if Mr. Burpee didn't admit to a certain number as to the size of his genitalia that client's and potential new clients should not do business with the Firm. Further, she also stated that if the Firm were to bring a lawsuit that people should move their accounts due to the legal action taken. This has caused tremendous friction between the client base and Mr. Burpee who has long term relationships with these individuals. Business has been lost due to this interference.

**Defamation:**

Numerous times Ms. Greenwood alleged that the Firm was committing acts of fraud by misappropriating funds and further she also alleged and shared with her social network that over this last year that Mr. Burpee was watching hard core pornography, heavily drinking on a regular basis and that was frequenting strip clubs and having promiscuous sex with woman he just met. She also claimed Mr. Burpee was lazy and not doing his job at work. Further, she had an ex-wife post a meme that alleges Mr. Burpee was lying about the size of his genitalia. She has claimed I have sexual health issues and has insinuated that I have diseases. All of these defamatory statements are factually untrue.

**Cyber Stalking & Stalking:**

Ms. Greenwood consistently on a daily basis would use headlines in work and personal emails to harass Mr. Burpee, which is a practice called "email spoofing". Further, she was tracking his internet activity both on his computer and I-Phone and then communicating back to her social network what apps Mr. Burpee was viewing and using and when he was using them. On Facebook and the dating sites Match and Zoosk she would make up fake profiles a practice called "Catfishing" and would harass Mr. Burpee using those profiles. Further, she would take the information from those private interactions and then share them with the group of followers she had on social media.

She would also use others to stalk and coerce by having clients, friends and families email to enforce her viewpoint about the size of the genitalia of Mr. Burpee. This was done via email, texts, phone calls and memes on the site Facebook and LinkedIn. She had a test called the "pant test" where she asked people to look at the private area of Mr. Burpee and send in their determination of what the "size" of the genitalia was when not stimulated. She would then take surveys of the entire social network and post that as the result of the "test". This was done by various individuals such as waiters, waitresses, airline hosts, people generally and those doing the grocery transactions. This she claims determines the size of the genitalia when stimulated based on some form of medical evidence she considers to be absolutely sound science.

**Cyber Hacking:**

Ms. Greenwood it is believed accessed the firm's client data base and took the emails from a site called Broadridge Forefield that does the monthly mailing to the Firm's clients. After gaining this unauthorized access she then collected the emails and started on her malicious defamation campaign.

**Public Disclosure of Private Facts:**

Ms. Greenwood went out of her way to track down a girlfriend and discuss the intimate details of our relationship. In that interview we she shared publicly on her social media platform she discussed our sexual activities. Further, from that she has falsely claimed that I have health & sexual health issues publicly.