UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2020 DEC -3  PM 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Burpee Del Simone LLC

_____

**Plaintiff**

**V.**

Jessica Rose Greenwood

_____

**Defendant**

**CIVIL ACTION**

NO. 1:20-cv-10623-NMG
_____

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and

hereby stipulate and agree that the action be Dismissed, without prejudice, and

without costs.

Dated this 2nd _____   Day of December 2020 _____

Robert Burpee (Dec 2, 2020 13:14 EST)         Derek Del Simone 12/2/2020

Burpee Del Simone LLC, Pro Se

_____

**Attorney for Plaintiff**

_____

Not Served

_____

**Attorney for Defendant**

(Dismissal Stipulation.wpd - 2/2000)                                    [stipdism.]