

**Derek Del Simone**
**Chief Operations Officer**
**Financial Consultant**
delsimone@bdscapitalmarkets.com
Office: 617-848-4503
Mobile: 510-435-4221

December 7, 2020

John Joseph Moakley U.S. Courthouse
Attn. Clerk's Office
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Re: Burpee Del Simone et al v. Rose Greenwood. Civil Case# 1:20-cv-10623-NMG
Assigned to: Judge Nathaniel M. Gorton

Dear Clerk,

    On December 3rd, a stipulation for dismissal was delivered to the Clerk's office via Fed Ex. We are requesting to rescind the stipulation for dismissal for civil case# 1:20-cv-10623-NMG.

Please contact me with any questions.

Thank you,

_____         _____
Derek Del Simone            Robert Burpee
                                      Robert Burpee (Dec 7, 2020 15:38 EST)

Investment Advisory Services Provided by Burpee Del Simone Wealth Management LLC
Securities offered through Burpee Del Simone Capital Markets LLC, member FINRA/SIPC

Office: 300 Baker Avenue, Suite 300 Concord MA. 01742
Mailing Address: 75 Arlington Street 5th Floor, Boston MA. 02116